# UNITED STATES DISTRICT COURT
### Northern District of West Virginia

FILED
MAY 14 2009
U.S. DISTRICT COURT
ELKINS WV 26241

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DAVID WILSON | |

Case No. 2:01CR00001-025

USM No. 03900-087

L. Richard Walker, Assistant Federal Public Defender
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard of Condition 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except | 11/08/2008 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2546

Defendant's Year of Birth: 1959

City and State of Defendant's Residence:
Webster Springs, WV

05/14/2009
Date of Imposition of Judgment

Signature of Judge

John Preston Bailey, Chief US Dist Judge
Name and Title of Judge

5-14-09
Date

DEFENDANT: DAVID WILSON
CASE NUMBER: 2:01CR00001-025

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 1 continued | as prescribed by a physician | |

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: DAVID WILSON
CASE NUMBER: 2:01CR00001-025

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

30 days incarceration in the Tygart Valley Regional Jail, with said term of incarceration to run concurrent to the game violation sentence imposed on the Defendant on April 29, 2009, in Webster County Magistrate Court in Case Number 09-M-78. The Court directs the Defendant to report to the Tygart Valley Regional Jail on today's date, May 14, 2009.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 2 p.m. on   05/14/2009   .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL